IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **BARRY ANTEE, et al., on behalf of themselves and all others similarly situated,** **Plaintiffs,** | § § § § | |
| **v.** | § § § § | CIVIL ACTION NO. 5:06-CV-89 DF-CMC  JURY DEMANDED |
| **PILGRIM'S PRIDE CORPORATION,** **Defendant.** | § § § | |

## PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT NOTICES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Barry Antee, et al., Plaintiffs on behalf of themselves and all others similarly situated and files this response, as ordered by the Court, to Defendant's Motion to Prohibit Notices and would respectfully show the Court as follows:

1. Plaintiffs submit Exhibit A for the Court's consideration regarding Defendant's Motion to Prohibit Notices.

Respectfully submitted,

_____/s/_____
William S. Hommel, Jr.
State Bar No. 09934250
Attorney-in-charge
William S. Hommel, Jr., P.C.
3304 S. Broadway, Suite 100
Tyler, Texas 75701
903-596-7100
903-596-7464 Facsimile

       /s/_____
      Robert L. Salim
      Louisiana Bar No. 11663
      1762 Texas St
      Natchitoches LA 71457-3429
      (318) 352-5999
      (318) 352-5998 Facsimile


       /s/_____
      A. Craig Eiland
      State Bar No. 06502380
      2423 Market St. #1
      Galveston, Texas 77550-1593
      (409) 763-3260
      (409) 763-8154 Facsimile


       /s/_____
      Philip R. Russ
      State Bar No. 17406000
      2700 South Western #1200
      Amarillo, Texas 79109
      (806) 358-9293
      Fax: (806)358-9296


      *ATTORNEYS FOR PLAINTIFFS*


### CERTIFICATE OF SERVICE

 I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 14th day of July, 2006.

       /s/_____
      William S. Hommel, Jr.